In the Matter of the Claim of ALVIN J. VAN BUREN, Respondent, against HOWARD LOUCKS & SONS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award affirmed, with costs to the State Industrial Board. All concur, except Van Kirk, P. J., not voting.

In the Matter of the Claim of FELICETTA FIGURELLI, Respondent, against KERVAN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FRANK FARRELLY, Respondent, against CHARLES S. WOOD & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ANNIE EHRLICH, Respondent, against HOFFMAN STEEL CEILING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FRANK SAWICKI, Respondent, against WALTER JURKEWISI, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the employer was not engaged in a trade, business or occupation carried on for pecuniary gain; and on the authority of *Kender* v. *Reineking* (228 N. Y. 240); *Millard* v. *Townsend* (204 App. Div. 132). All concur.

In the Matter of the Claim of PETER GREISMEIER, Respondent, against LISK MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the injuries sustained did not arise out of the employment; and on the authority of *Matter of Andrews* v. *L. & S. Amusement Co.* (253 N. Y. 97). All concur.

In the Matter of the Claim of RICHARD FAHEY, Respondent, against HENDERSON AND LATHROP, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

GEORGE ALBERT WINGATE, as Surrogate of Kings County, Respondent, v. EDWARD J. FLYNN, as Secretary of State of the State of New York, Appellant. ALGERNON I. NOVA, as County Judge of Kings County, Respondent, v. EDWARD J. FLYNN, as Secretary of State of the State of New York, Appellant.— Orders and judgments unanimously affirmed. [139 Misc. 779, 783.]